CV2314162

Filed 2/27/2023 4:53 PM
Lisa Pitre
District Clerk
Sabine County, Texas
By Lisa Pitre

CAUSE NO: _____

| | | |
|---|---|---|
| BRIAN COLLIER<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | SABINE COUNTY, TEXAS |
| A & R TRANS INC.<br>*Defendant.* | §<br>§<br>§ | _____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION, AND RULE 193.7 NOTICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BRIAN COLLIER, hereinafter styled Plaintiff, complaining of A & R TRANS INC., hereinafter styled Defendant, and for cause of action against said Defendant would respectfully show the Court as follows:

I.

Plaintiff designates that discovery in this cause of action shall be governed by Rule 190 of the Texas Rules of Civil Procedure, Level Two (2).

II.

Pursuant to Rule 47, Plaintiff BRIAN COLLIER seeks monetary relief in an amount over $250,000 but not more than $1,000,000.

III.

Plaintiff currently resides in Beaumont, Jefferson County, Texas. Pursuant to CPRC §30.014, the last three digits of Plaintiff BRIAN COLLIER'S driver's license number are 696 and the last three digits of his social security number are 042.

1

Scanned with CamScanner

IV.

Defendant, A & R TRANS INC., a foreign corporation organized and existing under the laws of Louisiana, USA, whose home office is located at 2332 Kissimmee, Florida 34744, may be served with process by serving the Texas Secretary of State at 1019 Brazos Street, Austin, Texas 78701, as its agent for service because defendant engages in business in Texas but has not designated or maintained a resident agent for service of process in Texas. The Texas Secretary of State should forward service upon A & R TRANS INC., to its registered agent for service, Idania Diaz, P.O. Box 452486, Kissimmee, Florida 34745-2486. {Tex. Civ. Prac. & Rem. Code §§17.044(a)(1), 17.045.} **SERVICE IS REQUESTED AT THIS TIME.**

V.

On or about August 5, 2021, in Bronson, Sabine County, Texas, Plaintiff BRIAN COLLIER, was traveling on Highway 96 and had slowed in anticipation of a turn, when the driver within the course and scope of his employment for Defendant, A & R TRANS, INC., failed to control his speed, crashing into the rear of Plaintiff's vehicle. The 18-wheeler's IFT#: 15931. This negligent incident resulted in the injuries and damages complained of herein.

VI.

The occurrence made the basis of this suit, referred to above, and the resulting injuries and damages, were proximately caused by the negligent conduct of the Defendant driver in one or more of the following respects:

(a) In failing to maintain control of his vehicle as persons of ordinary prudence would have kept under the same or similar circumstances.

2

Scanned with CamScanner

(b)　In failing to keep such lookout as persons of ordinary prudence would have kept under the same or similar circumstances.

(c)　In failing to control the speed of his vehicle as necessary to avoid colliding with another person or vehicle that is on or entering the highway, in violation of Section 545.351, Texas Transportation Code, such violation constituting negligence per se.

Each of these acts and omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

## VII.

As a direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff, BRIAN COLLIER has suffered with severe and debilitating pain and injury to his head, neck, back, and shoulders. Plaintiff was diagnosed as having multiple cervical and lumbar disc herniations with symptoms to include muscle spasms, muscle guarding, limited range of motion, and soreness to the body in general. That because of such injuries he has suffered the following:

A.　Reasonable and necessary medical expense – past

B.　Reasonable and necessary medical expense – future

C.　Loss of earnings and earning capacity – past

D.　Loss of earning capacity – future

E.　Physical impairment – past

F.　Physical impairment - future

G.　Physical pain – past

H.　Physical pain – future

I.　Mental anguish – past

3

J.    Mental anguish – future

K.    Property damage

Each of these acts or omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

## VIII.

Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the first answer, the information or material described in Rule 194.2(b) 1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## IX.

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendant that any and all documents produced by Defendant may be used against Defendant at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## X.

Plaintiff says if in the event there were pre-existing conditions in his body prior to this incident that such conditions were painless and symptom-free, but because of the injuries suffered in this collision such conditions were lighted up, aggravated and precipitated.

WHEREFORE, premises considered, Plaintiff prays that the Defendant be cited to appear and answer herein; that upon a trial of this cause that Plaintiff has and recovers of and from the Defendant's judgment for the damages as may be deemed just and fair by the Court, that he has

Scanned with CamScanner

such judgment, together with all legal interest, including pre-judgment interest, costs of suit and for such other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

BY: /s/JONATHAN C. JUHAN
JONATHAN JUHAN
SBN: 11047225
jonathanjuhan@sbcglobal.net
TRACY L. HENDERSON
SBN: 24103115
tracy.juhanlaw@gmail.com
985 I-10 N. Suite 100
Beaumont, Texas 77706
409/832-8877   TELEPHONE
409/924-8880   FACSIMILE

Attorneys for Plaintiff

Scanned with CamScanner